UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RAMADA WORLDWIDE INC.,** | |
| Plaintiff, | Civil Action No. 14-1992 (ES) |
| v. | |
| **MMD HOTEL KILGORE, L.P., et al.,** | **ORDER** |
| Defendants. | |

This matter having come before the Court on Defendant Dilip Patel's ("Defendant") motion to vacate the entry of default and dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(5), see Mot. to Vacate & Dismiss, Nov. 12, 2014, D.E. 21, and Plaintiff's motion for default judgment, see Mot. for Default Judgment, Oct. 10, 2014, D.E. 16;

and the Court having reviewed the parties submissions, the record, and the applicable law;

and for good cause shown;

**IT IS on this 29th day of May, 2015,**

**ORDERED** that the Defendant's motion to vacate the entry of default and dismiss the Complaint [D.E. 21] and Plaintiff's motion for default judgment [D.E. 16] are administratively terminated; and it is further

**ORDERED** that the parties shall confer on a mutually agreeable date for a settlement conference and inform the Court, in writing, of that date by **June 5, 2015**.

*s/ Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**